IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID AMOS, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL NO. 08-cv-482-GPM |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court for preliminary consideration of Petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner **DAVID AMOS** is to take nothing from this action.

**DATED**: 07/24/08

NORBERT G. JAWORSKI, CLERK

By: Linda M. McGovern
Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
G. PATRICK MURPHY
U.S. DISTRICT JUDGE